```
1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CSBN 163973)
3  Chief, Criminal Division

4  ALLISON M. DANNER (CASBN 195046)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102-3495
       Telephone: (415) 436-7144
7      Fax: (415) 436-7234
       Email: allison.danner@usdoj.gov
8
   Attorneys for the United States of America
9
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) No. CR 3 07 70532 EDL |
|---|---|
| Plaintiff, | ) |
| v. | ) **PETITION FOR WRIT OF HABEAS** |
|  | ) **CORPUS AD PROSEQUENDUM** |
| GERROLD DEMINS, | ) |
| Defendant. | ) |

    To the Honorable James Larson, Chief United States Magistrate Judge for the Northern District of California:

    The United States respectfully petitions the Court to issue a Writ of Habeas Corpus Ad Prosequendum for the prisoner Gerrold Demins. The prisoner is required to appear in the above-referenced matter on April 30, 2008 for his initial appearance before this Court in the above-referenced case. His place of custody and jailor are set forth in the following

//
//
//
//

PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM, CR 3 07 70532 EDL

1  writ.

3  DATED: April 28, 2007                    Respectfully submitted,

4                                           JOSEPH P. RUSSONIELLO
                                            United States Attorney

7                                           _____/s/_____
                                            ALLISON M. DANNER
                                            Assistant United States Attorney

10                    **[PROPOSED] ORDER**

11       IT IS SO ORDERED.

13  DATED:

14                                          _____
                                            HON. JAMES LARSON
15                                          Chief United States Magistrate Judge

PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM, CR 3 07 70532 EDL

2

1  THE PRESIDENT OF THE UNITED STATES OF AMERICA

2  To: Federico Rocha, United States Marshal for the Northern District of California; any of his

3  authorized deputies; and any jailor, warden or sheriff of Santa Rita Jail:

4  **GREETINGS**

5  The prisoner, Gerrold Demins, BAP # 670, DOB 12/2/1979, is in custody in the above-
6  referenced institution. He is required to appear on April 30, 2008 on criminal charges now
7  pending against him in the United States District Court for the Northern District of California,
8  450 Golden Gate Avenue, San Francisco, California 94102. Accordingly,

9  WE COMMAND that you produce the prisoner in the courtroom of the Honorable James
10  Larson, Chief Magistrate Judge of the Northern District of California on April 30, 2008 at 9:30
11  a.m. You shall produce the prisoner at all times necessary until the termination of the
12  proceedings in this Court. Immediately thereafter, you shall return the prisoner to the above-
13  referenced institution, or abide by whatever further order the Court may make concerning his
14  custody.

15  WE FURTHER COMMAND that if the prisoner is to be released from custody in the
16  above-referenced institution, the prisoner be IMMEDIATELY delivered to the United States
17  Marshal or any of his authorized deputies pursuant to this writ.

18  WITNESS the Honorable James Larson, Chief United States Magistrate Judge for the
19  Northern District of California.

20

21  DATED:                                    CLERK
22                                            UNITED STATES DISTRICT COURT
                                              NORTHERN DISTRICT OF CALIFORNIA
23
                                              _____
24                                            DEPUTY CLERK
25

26

27

28

PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM, CR 3 07 70532 EDL
3