JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

ALLISON M. DANNER (CASBN 195046)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7144
    Fax: (415) 436-7234
    Email: allison.danner@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 3 07 70532 EDL |
|     Plaintiff, ) | |
| ) | **PETITION FOR WRIT OF HABEAS** |
| v. ) | **CORPUS AD PROSEQUENDUM** |
| ) | |
| GERROLD DEMINS, ) | |
|     Defendant. ) | |
| _____ ) | |

To the Honorable James Larson, Chief United States Magistrate Judge for the Northern District of California:

The United States respectfully petitions the Court to issue a Writ of Habeas Corpus Ad Prosequendum for the prisoner Gerrold Demins. The prisoner is required to appear in the above-referenced matter on April 30, 2008 for his initial appearance before this Court in the above-referenced case. His place of custody and jailor are set forth in the following

//

//

//

//

PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM, CR 3 07 70532 EDL

1 writ.
2
3 DATED: April 28, 2007                    Respectfully submitted,
4                                          JOSEPH P. RUSSONIELLO
                                           United States Attorney
5
6
                                           /s/
7                                          ALLISON M. DANNER
                                           Assistant United States Attorney
8
9
10                            [~~PROPOSED~~] ORDER
11     IT IS SO ORDERED.
12
13 DATED:  April 28, 2008
14                                          _____
                                            HON. JAMES LARSON
15                                          Chief United States Magistrate Judge

PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM, CR 3 07 70532 EDL

2

## THE PRESIDENT OF THE UNITED STATES OF AMERICA

To: Federico Rocha, United States Marshal for the Northern District of California; any of his authorized deputies; and any jailor, warden or sheriff of Santa Rita Jail:

## GREETINGS

The prisoner, Gerrold Demins, BAP # 670, DOB 12/2/1979, is in custody in the above-referenced institution. He is required to appear on April 30, 2008 on criminal charges now pending against him in the United States District Court for the Northern District of California, 450 Golden Gate Avenue, San Francisco, California 94102. Accordingly,

WE COMMAND that you produce the prisoner in the courtroom of the Honorable James Larson, Chief Magistrate Judge of the Northern District of California on April 30, 2008 at 9:30 a.m. You shall produce the prisoner at all times necessary until the termination of the proceedings in this Court. Immediately thereafter, you shall return the prisoner to the above-referenced institution, or abide by whatever further order the Court may make concerning his custody.

WE FURTHER COMMAND that if the prisoner is to be released from custody in the above-referenced institution, the prisoner be IMMEDIATELY delivered to the United States Marshal or any of his authorized deputies pursuant to this writ.

WITNESS the Honorable James Larson, Chief United States Magistrate Judge for the Northern District of California.

DATED: April 28, 2008

CLERK
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Venice E. Thomas
_____
DEPUTY CLERK

PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM, CR 3 07 70532 EDL

3