1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney

2
   BRIAN J. STRETCH (CSBN 163973)
3  Chief, Criminal Division

4  ALLISON M. DANNER (CASBN 195046)
   Assistant United States Attorney
5
   450 Golden Gate Avenue, Box 36055
6  San Francisco, California 94102-3495
   Telephone: (415) 436-7144
7  Fax: (415) 436-7234
   Email: allison.danner@usdoj.gov

8  Attorneys for the United States of America

9

10                    UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                    SAN FRANCISCO DIVISION

13  UNITED STATES OF AMERICA,          )    No. CR 3 07 70532 EDL
                                        )
14        Plaintiff,                    )
                                        )    **PETITION FOR WRIT OF HABEAS**
15  v.                                  )    **CORPUS AD PROSEQUENDUM**
                                        )
16  GERROLD DEMINS,                     )
                                        )
17        Defendant.                    )
                                        )
18  _____

19        To the Honorable James Larson, Chief United States Magistrate Judge for the Northern

20  District of California:

21        The United States respectfully petitions the Court to issue a Writ of Habeas Corpus Ad

22  Prosequendum for the prisoner Gerrold Demins. The prisoner is required to appear in the above-

23  referenced matter on April 30, 2008 for his initial appearance before this Court in the above-

24  referenced case. His place of custody and jailor are set forth in the following

25  //

26  //

27  //

28  //

PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM, CR 3 07 70532 EDL

1   writ.

2

3   DATED: April 28, 2007              Respectfully submitted,

4                                  JOSEPH P. RUSSONIELLO
                                 United States Attorney

5

6

7                                  _____/s/_____
                                 ALLISON M. DANNER
                                 Assistant United States Attorney

8

9

10                         **[PROPOSED] ORDER**

11       IT IS SO ORDERED.

12

13   DATED:

14                                    _____
                                 HON. JAMES LARSON

15                                  Chief United States Magistrate Judge

16

17

18

19

20

21

22

23

24

25

26

27

28

PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM, CR 3 07 70532 EDL

1 | **THE PRESIDENT OF THE UNITED STATES OF AMERICA**

2 | To: Federico Rocha, United States Marshal for the Northern District of California; any of his

3 | authorized deputies; and any jailor, warden or sheriff of Santa Rita Jail:

4 | **GREETINGS**

5 | The prisoner, Gerrold Demins, BAP # 670, DOB 12/2/1979, is in custody in the above-

6 | referenced institution. He is required to appear on April 30, 2008 on criminal charges now

7 | pending against him in the United States District Court for the Northern District of California,

8 | 450 Golden Gate Avenue, San Francisco, California 94102. Accordingly,

9 | WE COMMAND that you produce the prisoner in the courtroom of the Honorable James

10 | Larson, Chief Magistrate Judge of the Northern District of California on April 30, 2008 at 9:30

11 | a.m. You shall produce the prisoner at all times necessary until the termination of the

12 | proceedings in this Court. Immediately thereafter, you shall return the prisoner to the above-

13 | referenced institution, or abide by whatever further order the Court may make concerning his

14 | custody.

15 | WE FURTHER COMMAND that if the prisoner is to be released from custody in the

16 | above-referenced institution, the prisoner be IMMEDIATELY delivered to the United States

17 | Marshal or any of his authorized deputies pursuant to this writ.

18 | WITNESS the Honorable James Larson, Chief United States Magistrate Judge for the

19 | Northern District of California.

20 |

21 | DATED:                                          CLERK
                                                     UNITED STATES DISTRICT COURT
22 |                                                  NORTHERN DISTRICT OF CALIFORNIA

23 |

24 |                                                  DEPUTY CLERK

25 |

26 |

27 |

28 |

PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM, CR 3 07 70532 EDL

3