# United States District Court

**FOR THE**
**NORTHERN DISTRICT OF CALIFORNIA**
**CRIMINAL DIVISION**

VENUE: SAN FRANCISCO

CR 08 — 0295

UNITED STATES OF AMERICA,

V.

SI

GERROLD DEMINS

DEFENDANT.

---

## INDICTMENT

Title 21 U.S.C. § 841(a)(1) - Possession with Intent to
Distribute Controlled Substance

---

A true bill.

_____
Foreman

Filed in open court this ____ 6th ____ day of
_____ May 2008 _____
BETTY FONG
Clerk

No process

Bail, $ _____

EDWARD M. CHEN
UNITED STATES MAGISTRATE JUDGE

AO 257 (Rev. 6/78)

### DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT  ☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

**OFFENSE CHARGED**

21 U.S.C. § 841(a)(1):
Possession with Intent to Distribute Cocaine Base

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY:
40 years in prison (minimum 5 years)
$2,000,000 fine
Lifetime supervised release (minimum 5 years)
$100 special assessment

**DEFENDANT - U.S.**

▶ GERROLD DEMINS

DISTRICT COURT NUMBER

CR 08 0295

**PROCEEDING**

Name of Complaintant Agency, or Person (&Title, if any)

Drug Enforcement Administration

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE CASE NO.
3 07 70532 EDL

Name and Office of Person Furnishing Information on THIS FORM    Joseph P. Russoniello
☒ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)    Allison M. Danner

**DEFENDANT**    SI

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☒ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges   } ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of Institution

Has detainer been filed?  ☐ Yes  ☐ No    If "Yes" give date filed

DATE OF ARREST ▶    Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶    Month/Day/Year

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT    Bail Amount:
If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:

Before Judge:

Comments:

1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) CR 08 0295 |
|---|---|
| Plaintiff, | ) VIOLATION: 21 U.S.C. § 841(a) SI |
| | ) Possession with Intent to Distribute |
| v. | ) Controlled Substance |
| | ) |
| GERROLD DEMINS, | ) SAN FRANCISCO VENUE |
| | ) |
| Defendant. | ) |

INDICTMENT

The Grand Jury charges:

COUNT ONE: 21 U.S.C. § 841(a) - Possession with the Intent to Distribute a Controlled Substance.

On or about August 23, 2007, in the Northern District of California, the defendant,

GERROLD DEMINS,

knowingly and intentionally possessed with intent to distribute at least 5 grams of a mixture and substance containing a detectable amount of cocaine base in the form of "crack" cocaine, a

INDICTMENT

1
2   Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).
3
4
5
6   DATED:                                              A TRUE BILL.
7
                                                        _____
8                                                       FOREPERSON
9   JOSEPH P. RUSSONIELLO
    United States Attorney
10
11
    _____
12  KYLE WALDINGER
    Deputy Chief, Major Crimes Section
13
14
15
16
17  (Approved as to form: _____)
18                    AUSA DANNER
19
20
21
22
23
24
25
26
27
28

INDICTMENT                                    2