JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

ALLISON MARSTON DANNER (CSBN 195046)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7144
    FAX: (415) 436-7234
    Email: allison.danner@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 08-0295 SI |
|    Plaintiff, ) | |
| ) | STIPULATION AND [PROPOSED] |
| v. ) | ORDER EXCLUDING TIME FROM |
| ) | SPEEDY TRIAL ACT CALCULATION |
| GERROLD DEMINS, ) | (18 U.S.C. § 3161(h)(8)(A)) |
|    Defendant. ) | |

     With the agreement of the parties in open court, and with the consent of defendant Gerrold Demins, the Court enters this order documenting exclusion of time from May 9, 2008 through May 23, 2008 under the Speedy Trial Act, 18 U.S.C. § 3161(c)(1). The parties agree, and the Court finds and holds, as follows:

     1.    Defendant was indicted on May 6, 2008, and he was arraigned on the indictment by this Court on May 7, 2008. On May 7, 2008, this Court scheduled defendant's initial appearance before Judge Illston for May 23, 2008. On May 9, 2008, this Court held a detention hearing in this case, at which time this Court concluded that defendant should be detained pending trial. The government provided initial discovery in this case on April 30, 2008.

     2.    At the appearance on May 9, 2008, defendant agreed to an exclusion of time

STA Stipulation
CR 08-0295 SI

1  under the Speedy Trial Act on the grounds that failure to grant the requested continuance would
2  unreasonably deny defendant reasonable time necessary for effective preparation, taking into
3  account the exercise of due diligence, in this case.   This Court accordingly found that the ends
4  of justice served by excluding the period from May 9, 2008 through May 23, 2008 from Speedy
5  Trial Act calculations outweigh the best interest of the public and the defendant in a speedy
6  trial.18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

8       IT IS SO STIPULATED.

10 DATED: May 15, 2008                \s\
                                       JODI LINKER
11                                        Attorney for Defendant

13 DATED: May 15, 2008                \s\
                                       ALLISON MARSTON DANNER
14                                        Assistant United States Attorney

16      IT IS SO ORDERED.

18 DATED: _____
                                       HON. EDWARD M. CHEN
19                                        United States Magistrate Judge