Chambers Copy -- Do Not E-File

1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2
3  BRIAN J. STRETCH (CSBN 163973)
   Chief, Criminal Division
4  ALLISON MARSTON DANNER (CSBN 195046)
   Assistant United States Attorney
5
6  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: (415) 436-7144
7  FAX: (415) 436-7234
   Email: allison.danner@usdoj.gov
8
   Attorneys for the United States
9
                UNITED STATES DISTRICT COURT
10
                NORTHERN DISTRICT OF CALIFORNIA
11
                    SAN FRANCISCO DIVISION
12
13  UNITED STATES OF AMERICA,        )   No. CR 08-0295 SI
                                     )
         Plaintiff,                  )   STIPULATION AND [PROPOSED]
14                                   )   ORDER EXCLUDING TIME FROM
         v.                          )   SPEEDY TRIAL ACT CALCULATION
15                                   )   (18 U.S.C. § 3161(h)(8)(A))
    GERROLD DEMINS,                  )
16                                   )
         Defendant.                  )
17  _____)

18       With the agreement of the parties in open court, and with the consent of defendant

19  Gerrold Demins, the Court enters this order documenting exclusion of time from May 9, 2008

20  through May 23, 2008 under the Speedy Trial Act, 18 U.S.C. § 3161(c)(1). The parties agree,

21  and the Court finds and holds, as follows:

22       1.   Defendant was indicted on May 6, 2008, and he was arraigned on the indictment

23  by this Court on May 7, 2008. On May 7, 2008, this Court scheduled defendant's initial

24  appearance before Judge Illston for May 23, 2008. On May 9, 2008, this Court held a detention

25  hearing in this case, at which time this Court concluded that defendant should be detained

26  pending trial. The government provided initial discovery in this case on April 30, 2008.

27       2.   At the appearance on May 9, 2008, defendant agreed to an exclusion of time

28
STA Stipulation
CR 08-0295 SI

1  under the Speedy Trial Act on the grounds that failure to grant the requested continuance would
2  unreasonably deny defendant reasonable time necessary for effective preparation, taking into
3  account the exercise of due diligence, in this case. This Court accordingly found that the ends
4  of justice served by excluding the period from May 9, 2008 through May 23, 2008 from Speedy
5  Trial Act calculations outweigh the best interest of the public and the defendant in a speedy
6  trial. 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

8       IT IS SO STIPULATED.

10 DATED: May 15, 2008                \s\
11                                    JODI LINKER
                                      Attorney for Defendant

13 DATED: May 15, 2008                \s\
14                                    ALLISON MARSTON DANNER
                                      Assistant United States Attorney

16       IT IS SO ORDERED.

18 DATED: 5/19/08
                                      HON. EDWARD M. CHEN
19                                    United States Magistrate Judge

STA Stipulation
CR 08-0295 SI                         2