JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

ALLISON MARSTON DANNER (CSBN 195046)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: (415) 436-7144
   FAX: (415) 436-7234
   Email: allison.danner@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 08-0295 SI |
|    Plaintiff, ) | |
| ) | STIPULATION AND [PROPOSED] |
| v. ) | ORDER EXCLUDING TIME FROM |
| ) | SPEEDY TRIAL ACT CALCULATION |
| GERROLD DEMINS, ) | (18 U.S.C. § 3161(h)(8)(A)) |
|    Defendant. ) | |

     With the agreement of the parties in open court, and with the consent of defendant Gerrold Demins, the Court enters this order documenting exclusion of time from May 23, 2008 through June 27, 2008 under the Speedy Trial Act, 18 U.S.C. § 3161(c)(1). The parties agree, and the Court finds and holds, as follows:

     1.    Defendant was indicted on May 6, 2008, and he was arraigned on the indictment by this Court on May 7, 2008. On May 23, 2008, the parties made their initial appearance before this Court. On that date, defense counsel received additional discovery from the government.

     2.    At the appearance on May 23, 2008, defendant agreed to an exclusion of time under the Speedy Trial Act on the grounds that failure to grant the requested continuance would unreasonably deny defendant reasonable time necessary for effective preparation, taking into

STA Stipulation
CR 08-0295 SI

1  account the exercise of due diligence, in this case.   This Court accordingly found that the ends
2  of justice served by excluding the period from May 23, 2008 through June 27, 2008 from Speedy
3  Trial Act calculations outweigh the best interest of the public and the defendant in a speedy
4  trial.18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

6          IT IS SO STIPULATED.

8  DATED: May 23, 2008            \s\
                                   JODI LINKER
9                                  Attorney for Defendant

11 DATED: May 23, 2008            \s\
                                   ALLISON MARSTON DANNER
12                                 Assistant United States Attorney

14         IT IS SO ORDERED.

16 DATED: _____          _____
                                   SUSAN ILLSTON
17                                 United States District Judge

STA Stipulation
CR 08-0295 SI                              2