1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CSBN 163973)
3  Chief, Criminal Division

4  ALLISON MARSTON DANNER (CSBN 195046)
   Assistant United States Attorney
5
      450 Golden Gate Avenue, Box 36055
6     San Francisco, California 94102-3495
      Telephone: (415) 436-7144
7     FAX: (415) 436-7234
      Email: allison.danner@usdoj.gov
8
   Attorneys for the United States
9
10                       UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                         SAN FRANCISCO DIVISION

13  UNITED STATES OF AMERICA,        )    No. CR 08-0295 SI
                                     )
14       Plaintiff,                  )    STIPULATION AND [PROPOSED]
                                     )    ORDER EXCLUDING TIME FROM
         v.                          )    SPEEDY TRIAL ACT CALCULATION
15                                   )    (18 U.S.C. § 3161(h)(8)(A))
                                     )
16  GERROLD DEMINS,                  )
                                     )
         Defendant.                  )
17  _____)

18       With the agreement of the parties in open court, and with the consent of defendant

19  Gerrold Demins, the Court enters this order documenting exclusion of time from May 23, 2008

20  through June 27, 2008 under the Speedy Trial Act, 18 U.S.C. § 3161(c)(1).  The parties agree,

21  and the Court finds and holds, as follows:

22       1.    Defendant was indicted on May 6, 2008, and he was arraigned on the indictment

23  by this Court on May 7, 2008.  On May 23, 2008, the parties made their initial appearance before

24  this Court.  On that date, defense counsel received additional discovery from the government.

25       2.    At the appearance on May 23, 2008, defendant agreed to an exclusion of time

26  under the Speedy Trial Act on the grounds that failure to grant the requested continuance would

27  unreasonably deny defendant reasonable time necessary for effective preparation, taking into

28
   STA Stipulation
   CR 08-0295 SI

1   account the exercise of due diligence, in this case.   This Court accordingly found that the ends

2   of justice served by excluding the period from May 23, 2008 through June 27, 2008 from Speedy

3   Trial Act calculations outweigh the best interest of the public and the defendant in a speedy

4   trial.18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

5

6            IT IS SO STIPULATED.

7

8   DATED: May 23, 2008                    _____\s_____
                                           JODI LINKER
9                                          Attorney for Defendant

10

11  DATED: May 23, 2008                    _____\s_____
                                           ALLISON MARSTON DANNER
12                                         Assistant United States Attorney

13

14           IT IS SO ORDERED.

15

16  DATED: _____        _____
                                           SUSAN ILLSTON
17                                         United States District Judge

18

19

20

21

22

23

24

25

26

27

28

STA Stipulation
CR 08-0295 SI                              2