**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CRIMINAL PRETRIAL MINUTES

Date: 5/23/08

Case No.   CR-08-0295 SI                Judge:   SUSAN ILLSTON

Title:  UNITED STATES -v- GERROLD DEMINS ( c ) (p)

Attorneys:   A. Danner            J. Linker

Deputy Clerk:  Tracy Sutton   Court Reporter: J. Yeomans

**PROCEEDINGS**

1)  Trial Setting - HELD
2)
3)
Order to be prepared by:  (  )Pltf    (  )Deft    (  )Court

Disposition :  (  ) GRANTED, (  ) DENIED, (  ) GRANTED/DENIED IN       (  ) SUBMITTED
                                                    PART

Case continued to **6/27/08  @ 11:00 a.m.**   for plea/to set motions

Case continued to  **@ 11:00 a.m.**   for Motions
(Motion due , Opposition  Reply )

Case continued to  @   for Pretrial Conference

Case continued to  **@ 8:30 a.m.**  for Trial (Court/Jury: ___ Days)

Category of Excludable Delay:    Effective preparation
**Delay begins:           Delay ends: 6/27/08**
(                )

ORDERED AFTER HEARING:


(SPEEDY TRIAL DEADLINE AS OF TODAY: )
Defense needs additional time to review discovery.