**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CRIMINAL PRETRIAL MINUTES

Date: 6/27/08

Case No.   CR-08-295 SI            Judge:   SUSAN ILLSTON

Title:   UNITED STATES -v- GERROLD DEMINS (C)(p)

Attorneys:   A. Danner            J. Linker

Deputy Clerk: Tracy Sutton  Court Reporter: K. Wyatt

**PROCEEDINGS**

1)   Status - HELD
2)
3)
Order to be prepared by:  (  )Pltf    (  )Deft    (  )Court

Disposition :  (  ) GRANTED, (  ) DENIED, (  ) GRANTED/DENIED IN        (  ) SUBMITTED
                                                                PART

Case continued to **7/11/08  @ 11:00 a.m.**   for Change of Plea

Case continued to  **@ 11:00 a.m.**   for Motions
(Motion due , Opposition  Reply )

Case continued to  **@**   for Pretrial Conference

Case continued to  **@ 8:30 a.m.**  for Trial (Court/Jury: ___ Days)

Category of Excludable Delay:   Effective Preparation
**Delay begins:         Delay ends: 7/11/08**
(       AUSA to draft order            )

ORDERED AFTER HEARING:


(SPEEDY TRIAL DEADLINE AS OF TODAY: )