# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

Case Number __CR08-295__ SI

Defendant's Name __Denald Demins__

Defense Counsel __G. Linker__

Due Date __10/3/08 @ 11 AM__

## NOTICE TO DEFENSE COUNSEL

The Court has directed that a __X__ Presentence Investigation

_____ Bail Investigation

_____ Bail Supervision

_____ Postsentence Investigation

_____ 4244

be conducted on the above-named defendant. So that the investigation/ supervision can be completed promptly, please go to the <u>PROBATION OFFICE, ROOM 17-6884, 17th floor, BEFORE LEAVING THE COURTHOUSE TODAY</u> to make the necessary arrangements.

------------------------------------------------

For use of Courtroom Deputies:
Is defendant in custody? __yes__
Is defendant English speaking? __yes__
What is defendant's address?

Richard W. Wieking, Clerk

by: __T. Sutton__
T. Sutton, Deputy Clerk

cc: U.S. Probation Office