**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CRIMINAL PRETRIAL MINUTES

Date: 7/11/08

Case No.    CR-08-295  SI          Judge:   SUSAN ILLSTON

Title:   UNITED STATES -v- JERROLD DEMINS (C)(p)

Attorneys:   A. Danner              J. Linker

Deputy Clerk:  Tracy Sutton  Court Reporter: S. McVickar

**PROCEEDINGS**

1) Change of Plea - HELD
2)
3)
Order to be prepared by:  (  )Pltf    (  )Deft    (  )Court

Disposition :  (  ) GRANTED, (  ) DENIED, (  ) GRANTED/DENIED IN      (  ) SUBMITTED
                                                   PART

Case continued to **10/3/08 @ 11:00 a.m.**  For Judgment & Sentence

Case continued to  **@ 11:00 a.m.**   for Motions
(Motion due , Opposition  Reply )

Case continued to  @   for Pretrial Conference

Case continued to  **@ 8:30 a.m.**  for Trial (Court/Jury: ___ Days)

Category of Excludable Delay:

ORDERED AFTER HEARING:

The parties filed a written plea agreement in open court.
The defendant plead guilty to Count 1 of the Indictment.
The defendant's true name is Jerrold Demins.

(SPEEDY TRIAL DEADLINE AS OF TODAY: )