United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT
9              FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,              No. CR 08-00295 SI
12            Plaintiff,                   **SEALING ORDER PURSUANT TO**
                                           **GENERAL ORDER 54**
13     v.
14  DEMINS,
15            Defendant.
                                    /
16
17        The following documents in this action are placed under seal and shall not be opened
18  except by the United States Sentencing Commission for its eyes only and shall not be
19  transmitted or otherwise opened except by order of this court upon application.
20        ☒    Presentence Report
21        ☐    Plea Agreement
22        ☐    Statement of Reasons
23        ☐    _____
               (Other)
24
25  **IT IS SO ORDERED.**
26
27  Dated:                              _____
                                        SUSAN ILLSTON
                                        UNITED STATES DISTRICT JUDGE
28